UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. PERRYMAN,<br>        Petitioner,<br>  v.<br>BRIAN DUFFY, Warden,<br>        Respondent. | Case No. 15-cv-03879-YGR  (PR)<br><br>**JUDGMENT** |

    Pursuant to the dismissal order signed today, the petition is DISMISSED as successive pursuant to 28 U.S.C. § 2244(b).  Each party shall bear his own costs.

    IT IS SO ORDERED.

Dated: January 13, 2016

                                                      YVONNE GONZALEZ ROGERS<br>
                                                      United States District Judge